# MISSOURI & KANSAS INTERURBAN RAILWAY COMPANY *v.* CITY OF OLATHE. (No. 3.)

ERROR TO SUPREME COURT OF THE STATE OF KANSAS.

No. 728.   Motion to dismiss. . Submitted November 13, 1911.—Decided December 4, 1911.

Decided on authority of preceding case.

Same counsel as in preceding case.

*Per Curiam* by MR. JUSTICE HUGHES.

In case No. 728 between the same parties the same judgment will be entered as in the preceding case No. 727.